UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| PATRICIA PITT, ET AL | * | CIVIL ACTION NO. 14-68 c/w |
|---|---|---|
| | * | 14-69, 14-70, 14-71, 14-72, |
| Plaintiffs | * | 14-73, 14-74, 14-75, 14-76 |
| v. | * | SECTION "N" |
| THE TIMES-PICAYUNE, L.L.C. and ADVANCE PUBLICATIONS, INC. | * | JUDGE KURT D. ENGELHARDT |
| Defendants | * | MAG. DIV. "1" |
| | * | MAG. JUDGE SALLY SHUSHAN |

**ORDER**

Presently before the Court is Plaintiffs' Motion To Continue Submission Dates of Defendants' Six Motions For Summary Judgment (Rec. Doc. 142). Having carefully considered the parties' submissions, the record in this matter, applicable law, and the Court finding good cause therefor, **IT IS ORDERED** that the motion is **GRANTED** to the extent stated herein.

**IT IS FURTHER ORDERED** that the submission dates of Defendants' pending motions for summary judgment as to Plaintiffs Keith Catalanotto (Doc. # 127), Vivian Hernandez (Doc. # 129), Ulpiano Lugo (Doc. # 131), Patricia Pitt (Doc. # 133), Stephanie Stroud (f/k/a Stephanie Stroud Naylor) (Doc. # 135), Patricia Pitt (Doc. # 137), Aileen Kelly (Doc. # 137) and Jeanne Woods (Doc. # 137) are hereby continued to Wednesday, March 9, 2016. Any oppositions to these motions must be filed no later than Tuesday, March 1, 2016.

New Orleans, Louisiana this 25th day of February, 2016.

_____
United States District Judge